# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| DANIELLE MALMQUIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-2026 JPM-tmp |
| | ) | |
| BAPTIST MEMORIAL HEALTH CARE CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION; ORDER OF DISMISSAL

Before the Court is the Report and Recommendation (Doc. 17) of Magistrate Judge Tu M. Pham, submitted on July 16, 2008, recommending that the case be dismissed without prejudice. Upon de novo review, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and DISMISSES the case without prejudice consistent with this Order and the Report and Recommendation of the Magistrate Judge.

The Magistrate Judge found that Plaintiff failed to serve the Defendants within 120 days of the filing of the complaint. The Magistrate Judge further noted that the Court entered an Order directing Plaintiff to show cause for this delay and warning of dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve or respond to the show cause order. Plaintiff did not respond and has not served any

Defendant. The Magistrate Judge recommended dismissal without prejudice for failure to serve the Defendants.

No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See 28 U.S.C. § 636(b)(1)(C); see also Frontier Ins. Co. v. Blaty, 454 F.3d 590, 596-97 (6th Cir. 2006); Harris v. City of Akron, 20 F.3d 1396, 1402-03 (6th Cir. 1994)("Failure to file an objection to a magistrate judge's recommendation constitutes a waiver of the right to appeal on the basis of that recommendation.") (citing Thomas v. Arn, 474 U.S. 140, 153-54 (1985)).

Upon de novo review, the Court ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and DISMISSES the case without prejudice consistent with this Order and the Report and Recommendation of the Magistrate Judge.

SO ORDERED this 20th day of August, 2008.

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE